IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE HELLER EHRMAN LLP,

    Respondent,                      No. C 13-01775 JSW

**ORDER OF RECUSAL**

                               /

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: April 24, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE